# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | **CRIMINAL NO. 1:20-CR-221** |
| : | |
| v. : | **(Judge Neary)** |
| : | |
| **ARIC ANDREW KRAFT**, : | |
| : | |
| **Defendant** : | |

## ORDER

AND NOW, this 30th day of June, 2025, upon consideration of defendant Aric Andrew Kraft's pretrial motion (Doc. 114) to find his 2016 conviction for possession with intent to distribute heroin does not serve as a third predicate offense under the Armed Career Criminal Act ("ACCA"), 18 U.S.C. § 924(e)(1), and the parties' briefing in support of and in opposition to this motion (Docs. 115, 122, 127), and for the reasons set forth in the accompanying memorandum of today's date, it is hereby ORDERED that:

1. Kraft's motion (Doc. 114) is GRANTED.

2. As a result, Kraft is ineligible to receive the fifteen-year mandatory minimum sentencing enhancement provided under ACCA.

/S/ Keli M. Neary
Keli M. Neary
United States District Judge
Middle District of Pennsylvania